IN THE DISTRICT COURT OF THE UNITED STATES
OKLAHOMA EASTERN DISTRICT

| | | |
|---|---|---|
| **GREAT LAKES INSURANCE SE,** ) | | |
| ) | | |
| Plaintiff, ) | Case No.: | CIV-23-52-JAR |
| vs. ) | | |
| ) | | 6:23-CV-00052-JAR |
| **WAGNER & LYNCH, PLLC,** ) | | |
| ) | | |
| Defendant. ) | | |

<u>**ENTRY OF APPEARANCE OF WESLEY J. CHERRY FOR DEFENDANT**</u>

**TO CLERK OF COURT AND ALL COUNSEL:**

**COMES NOW** Wesley J. Cherry and enters his appearance for the Defendant in this matter, Wagner & Lynch, P.L.L.C.  Counsel requests that the Clerk of Court *enter* my appearance in this matter.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

DATED this 26th day of February, 2023.

Wesley J. Cherry, OBA #22851
FOUNDATION LAW, P.L.L.C.
P.O. Box 758
McAlester, OK  74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com
*Attorney for Defendant*

**CERTIFICATE OF SERFVICE**

I CERTIFY that on this 26th day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the following:

Michael Linscott, OBA #17266
Alexandra Gage, OBA #33874
DOERNER, SAUNDERS, DANIEL & ANDERSON
Two West Second Street, Suite 700
Tulsa, OK 74106-3117
mlinscott@dsda.com
agage@dsda.com
*Attorneys for Plaintiff*

I CERTIFY that on this 26th day of February, 2023, I sent the foregoing to the following individuals without the use of the CM/ECF system, via U.S. Mail, all postage pre-paid:

NONE.

*Attorney for Defendant*