UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Great Lakes Insurance SE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   CIV–23–52–JAR |
| | ) | |
| Wagner & Lynch, PLLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER SETTING SCHEDULING CONFERENCE
## AND REQUIRING JOINT STATUS REPORT

This case is set for Scheduling Conference on **March 30, 2023 at 10:30 a.m.** before U.S. Magistrate Judge Jason A. Robertson at the U.S. Courthouse, 5th and Okmulgee Streets, Room 425, Muskogee, Oklahoma.

Pursuant to Fed.R.Civ.P. 26(f), the parties are to confer as soon as practicable but not less than twenty-one (21) days prior to the Scheduling Conference. The parties are directed to prepare and submit to the Court a Joint Status Report on or before **March 20, 2023**. Joint Status Report forms are available in the Court Clerk's office, or can be obtained from our public web site at www.oked.uscourts.gov.

If the parties, in agreeance, have set forth a definitive date for completion of discovery in the Joint Status Report and all parties have submitted a completed consent to proceed before a Magistrate Judge form to Consents_OKED@oked.uscourts.gov, the Court will enter the Scheduling Order striking the Scheduling Conference. The trial will be set approximately ninety (90) days after the close of discovery.

IT IS SO ORDERED this 27th day of February, 2023.

_____
JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma