IN THE DISTRICT COURT OF THE UNITED STATES
OKLAHOMA EASTERN DISTRICT

| | | |
|---|---|---|
| **GREAT LAKES INSURANCE SE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: CIV-23-52-JAR |
| vs. | ) | |
| | ) | 6:23-CV-00052-JAR |
| **WAGNER & LYNCH, PLLC,** | ) | |
| | ) | Hon. Jason A. Robertson |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S PRELIMINARY WITNESS LIST

COMES NOW the Defendant, Wagner & Lynch, P.L.L.C., by and through their attorney of record Wesley J. Cherry, and submits the following preliminary witness list pursuant to the Court's Scheduling Order to exchange the same.

## WITNESSES

| No. | Name and Address | Anticipated Testimony |
|---|---|---|
| 1 | Blake Lynch, c/o counsel | Will testify as to the facts and circumstances surrounding this litigation, specifically regarding the nature of the problems surrounding the water damage and the claim denial; additionally, damages. |
| 2 | Amanda Littlejohn, c/o counsel | Will testify as to the facts and circumstances surrounding this litigation, specifically regarding the nature of the problems surrounding the water damage. |
| 3 | Randy Howard, c/o Plaintiff's counsel | Anticipated testimony regarding adjusting the claim of the insurance policy. |
| 4 | Representative of Superior Plumbing. 1474 Blackberry Road, Indianola, OK 74442. | Will testify as to the facts and circumstances surrounding the water damage and repair. |
| 5 | Representative of FloodServ, 201 W. Cherokee, McAlester, OK 74501. | Will testify as to the facts and circumstances surrounding the water damage and repair. |
| 6 | Representative of BayTown Construction. P.O Box 375, Crowder, OK 74430. | Will testify as to the extent of damage to and repair to the building. |

| 7 | Oklahoma Eastern District Court Clerk | Will testify as to prior pleading(s) filed in prior case(s) and their veracity. |
|---|---|---|
| 8 | All witnesses listed by Defendants not objected to by Plaintiff. | TBD |
| 9 | Deposed witnesses | TBD |
| 10 | Corporate representative(s) of Plaintiff pursuant to Rule 30(b)(6) | TBD |
| 11 | Any witnesses listed by Plaintiff not objected to by Defendant. | TBD |
| 12 | Any expert witness(es) designated by Plaintiff and not objected to by Defendant. | TBD |
| 13 | Any expert witness(es) designated by Defendant and not objected to by Plaintiff. | TBD |
| 14 | Any witness necessary to lay the foundation for any exhibit(s). | TBD |
| 15 | Any witness identified through ongoing discovery. | TBD |
| 16 | Nils Rauniker<br>123 West Main St.<br>Wilburton, OK  74578 | Will testify as to building damage. |

As Discovery is ongoing, Defendant reserves the right to supplement this List.

DATED this 5th day of May, 2023.

Respectfully submitted by:

_____
Wesley J. Cherry, OBA #22851
FOUNDATION LAW, P.L.L.C.
P.O. Box 758
McAlester, OK  74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com
*Attorney for Defendant-Counterclaimant*

## CERTIFICATE OF SERFVICE

I CERTIFY that on this 5th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the following:

Michael Linscott, OBA #17266
Alexandra Gage, OBA #33874
DOERNER, SAUNDERS, DANIEL & ANDERSON
Two West Second Street, Suite 700
Tulsa, OK 74106-3117
mlinscott@dsda.com
agage@dsda.com
*Attorneys for Plaintiff*

I CERTIFY that on this 5th day of May, 2023, I sent the foregoing to the following individuals without the use of the CM/ECF system, via U.S. Mail, all postage pre-paid:

NONE.

_____
*Attorney for Defendant*