# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GREAT LAKES INSURANCE SE,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Case No. 6:23-CV-00052-JAR ) ) |
| **WAGNER & LYNCH, PLLC,** | ) ) |
| **Defendant.** | ) ) |

## PLAINTIFF GREAT LAKES INSURANCE SE'S
## PRELIMINARY WITNESS LIST

Pursuant to the Court's Scheduling Order dated March 21, 2023 (Dkt. # 15), Plaintiff Great Lakes Insurance SE respectfully submits the Preliminary Witness List. Discovery in this case is ongoing, and Plaintiff reserves the right to supplement this list as discovery and further investigation may develop.

### PRELIMINARY WITNESS LIST

At the present time, the following is a list of individuals whom Plaintiff anticipates may be presented to testify at trial.

| | **Individual** | **Subject of Testimony** |
|---|---|---|
| 1. | Blake Lynch<br>c/o Foundation Law, P.L.L.C.<br>P.O. Box 758<br>McAlester, OK 74502<br>Phone: 918-839-6353 | Matters related to the claims and defenses in this case. |
| 2. | Randy Howard<br>c/o Doerner, Saunders, Daniel & Anderson<br>2 West 2nd St, Suite 700<br>Tulsa, OK 74103<br>Phone: 918-591-5271 | Matters related to the claims and defenses in this case. |

|     | **Individual** | **Subject of Testimony** |
| --- | --- | --- |
| 3.  | Amanda Littlejohn<br>c/o Foundation Law, P.L.L.C.<br>P.O. Box 758<br>McAlester, OK 74502<br>Phone: 918-839-6353 | Matters related to the claims and defenses in this case. |
| 4.  | Representative of Superior Plumbing<br>1474 Blackberry Road<br>Indianola, OK 74442<br>Phone: 918-916-2877 | Matters related to the claims and defenses in this case. |
| 5.  | Representative of Flood Serv<br>201 W Cherokee Ave.<br>McAlester, OK 74501<br>Phone: 918-268-7650 | Matters related to the claims and defenses in this case. |
| 6.  | Subject to objection, all witnesses identified through discovery. | |
| 7.  | Subject to objection, all witnesses necessary for the identification and authentication of documents. | |
| 8.  | Subject to objection, all rebuttal witnesses. | |
| 9.  | Subject to objection, all impeachment witnesses. | |
| 10. | Subject to objection, all witnesses including experts, endorsed by Defendant. | |

DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.


By:      *s/ Alexandra J. Gage*
            Alexandra J. Gage, OBA No. 33874
            Michael S. Linscott, OBA No. 17266
            Two West Second Street, Suite 700
            Tulsa, OK  74103-3117
            Telephone 918.591.5271
            Facsimile 918.925.5271

            *Attorneys for Plaintiff Great Lakes Insurance SE*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of May, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Wes.foundationlaw@gmail.com


    *s/ Alexandra J. Gage*

6504874.1