**IN THE UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) WAGNER & LYNCH, PLLC, )<br>)<br>Defendant. ) | Case No. CIV-23-52-JAR |

**JOINT STATUS DISCOVERY REPORT**

The Parties respectfully submit this Joint Status Discovery Report as required under the Scheduling Order (Dkt. # 15) in this case. The categories and information detailed herein specifically address the topics listed by the Court in its Order. Dkt. # 15, p. 2.

1. **The date written discovery was issued by each party:**

    Great Lakes issued written discovery requests to Wagner & Lynch on June 20, 2023. Likewise, Wagner & Lynch issued written discovery requests to Great Lakes on July 6, 2023.

2. **The date written discovery was responded to by each party:**

    The dates for responses have not yet passed. The 30-day deadline for Wagner & Lynch's responses falls on July 20, 2023 and the 30-day deadline for Great Lakes responses falls on August 4, 2023.

3. **The number of documents provided in discovery by each party:**

    None to date.

4. **The names and dates of witnesses who have been deposed:**

    To date, no witnesses have been deposed, but depositions have been scheduled.

5. The names of all witnesses that remain to be deposed prior to the discovery cut off:

| Name | Date of Deposition |
|---|---|
| Blake Lynch<br>Wagner & Lynch | August 11, 2023 |
| Keith Heaslet<br>Superior Plumbing | July 28, 2023 |
| Damon Thompson<br>Flood Serv | Currently unscheduled |
| Casey Harvey<br>Flood Serv | Currently unscheduled |
| Todd Nave<br>BayTown Construction | Currently unscheduled |
| Nils Rauniker | Currently unscheduled |
| Randy Howard<br>Defendant | Currently unscheduled |
| Corporate Representative<br>Defendant | Currently unscheduled |

6. A list of any subpoenas issued by each party and the number of documents obtained as a result of that subpoena:

| Issued to: | Number of Documents |
|---|---|
| Baytown Construction | None |
| Superior Plumbing | None |
| FloodServ | 9 documents (304 pages) |
| Nils Rauniker | None |

7. Any discovery issues that should be brought to the court's attention at this time.

    **None by either party.**

Read and Approved by:

_____   
Michael S. Linscott, OBA No. 17266    _____
Alexandra J. Gage, OBA No. 33874     Wesley J. Cherry, OBA No. 22851
Two West Second Street, Suite 700    FOUNDATION LAW, PLLC
Tulsa, Oklahoma 74103                 P.O. Box 758
918-591-5271 (p)                      McAlester, Oklahoma 74502
918-925-5271 (f)                      918-839-6353 (p)
Mlinscott@dsda.com                    888-622-3181 (f)
agage@dsda.com                        wes.foundationlaw@gmail.com
                                      www.foundationlawfirm.com

Attorneys for Plaintiff               Attorney for Defendant

8001376.1

8008493.1