**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GREAT LAKES INSURANCE SE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 6:23-CV-00052-JAR** |
| **vs.** | ) | |
| | ) | |
| **WAGNER & LYNCH, PLLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF GREAT LAKES INSURANCE SE'S
<u>FINAL EXHIBIT LIST</u>**

Pursuant to the Court's Scheduling Order dated March 21, 2023 (Dkt. # 15), Plaintiff Great Lakes Insurance SE anticipates introducing documents and materials from among the following into evidence at trial.   Unless otherwise noted, Plaintiff expects all exhibits will be used affirmatively in its case in chief or in rebuttal of witness and exhibits offered by Defendant. Plaintiff will supplement, modify, or augment these submissions as necessary, due to any permissible changes by Defendant, additional discovery, and/or as otherwise provided by applicable rules or Court order.

| No. | Description | Expected/may be used |
|---|---|---|
| 1. | Great Lakes Insurance SE policy issued to Defendant under policy No. GLP012829. GL v WL000017 – 000065. | Will be used. |
| 2. | Property Loss Notice dated October 24, 2022. GL-000001. | Will be used. |
| 3. | Central Adjustment Company, Inc.'s Reports to Jaeger + Haines.<br>A. October 31, 2022 - GL-000066 – 000067.<br>B. November 15, 2022 – GL-000086 – 000087. | Will be used. |
| 4. | Central Adjustment Company, Inc's Valuation Report. GL-000090 – 000108. | Will be used. |

| No. | Description | Expected/may be used |
|-----|-------------|----------------------|
| 5. | Baytown Construction Invoice.<br>GL-000130 | Will be used. |
| 6. | Superior Plumbing Invoice.<br>GL-000131. | Will be used. |
| 7. | Central Adjustment Company Inc. denial letter dated November 29, 2022.<br>GL-000144 – 000146. | Will be used. |
| 8. | Correspondence from Wagner & Lynch dated November 30, 2022.<br>GL-000152 – 000154. | Will be used. |
| 9. | Central Adjustment Company Inc. response letter dated December 5, 2022.<br>GL-000159 – 000160. | Will be used. |
| 10. | Central Adjustment Company Inc. Continued Denial Letter dated February 9, 2023.<br>GL-000168 – 000170. | Will be used. |
| 11. | Central Adjustment Company Inc. Interim Bill dated February 21, 2023.<br>GL-000178 – 000182. | Will be used. |
| 12. | Photographs taken during Central Adjustment Company Inc.'s Inspection of the Premises dated October 29, 2022.<br>GL-000185 – 000220. | Will be used. |
| 13. | E-mail from Blake Lynch to Tanya Turner, Amanda Littlejohn, and Randy Howard dated October 28, 2022.<br>GL v WL000102. | Will be used. |
| 14. | FloodSERV photos.<br>   A.  GL-000485<br>   B.  GL-000513<br>   C.  GL-000534<br>   D.  GL-000598<br>   E.  GL-000599<br>   F.  GL-000633<br>   G.  GL-000704<br>   H.  GL-000751 | May be used. |
| 15. | Great Lakes Loss Adjuster Guidelines.<br>GL-000752 – 00753. | May be used. |
| 16. | Claims Suspense Notes.<br>GL-000754 – 000756. | May be used. |
| 17. | FloodSERV Notes.<br>FloodServ 000001-- 000004. | Will be used. |
| 18. | FloodSERV estimate.<br>FloodServ 000009 – 000028. | May be Used. |
| 19. | FloodSERV invoice.<br>GL v WL000115. | May be used. |

| No. | Description | Expected/may be used |
|-----|-------------|----------------------|
| 20. | All documents produced by Defendant in discovery not objected to by Great Lakes and only to the extent proffered by Great Lakes. GL v WL000001-000406. | |
| 21. | All documents produced by Great Lakes in discovery and only to the extent proffered by Great Lakes. | |
| 22. | Any documents produced by a subpoenaed party not objected to by Great Lakes and only to the extent proffered by Great Lakes. | |
| 23. | Defendant's Answers to Interrogatories, Responses to Requests for Admissions, supplements and verifications thereto, only to the extent proffered by Great Lakes. | |
| 24. | All deposition exhibits not objected to by Great Lakes and only to the extent proffered by Great Lakes. | |
| 25. | All exhibits listed by Defendant not objected to by Great Lakes and only to the extent proffered by Great Lakes. | |
| 26. | Any documents, materials, media, or other tangible items produced by any party or third party during the course of remaining discovery. | |
| 27. | Pleadings and other submissions filed of record, including exhibits thereto, subject to objection and only to the extent proffered by Great Lakes. | |
| 28. | Demonstrative exhibits and visual aids. | |
| 29. | Summary exhibits and timeline exhibits. | |
| 30. | Any exhibit necessary for rebuttal. | |

DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.


By*:*      *s/ Alexandra J. Gage*
Alexandra J. Gage, OBA No. 33874
Michael S. Linscott, OBA No. 17266
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
Telephone 918.591.5271
Facsimile 918.925.5271

*Attorneys for Plaintiff Great Lakes Insurance SE*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of August, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Wes.foundationlaw@gmail.com


 *s/ Alexandra J. Gage*

8046910.1