IN THE DISTRICT COURT OF THE UNITED STATES
OKLAHOMA EASTERN DISTRICT

| | | |
|---|---|---|
| **GREAT LAKES INSURANCE SE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   CIV-23-52-JAR |
| vs. | ) | |
| | ) | 6:23-CV-00052-JAR |
| **WAGNER & LYNCH, PLLC,** | ) | |
| | ) | Hon. Jason A. Robertson |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S FINAL EXHIBIT LIST

COMES NOW the Defendant, Wagner & Lynch, P.L.L.C., by and through their attorney of record Wesley J. Cherry, and submits the following final exhibit list pursuant to the Court's Scheduling Order to exchange the same.

| No. | Exhibit | Objection | Ruling |
|---|---|---|---|
| 1 | All photographs, videos, or diagrams regarding this case. | | |
| 2 | Responses to Discovery | | |
| 3 | Electronic Mail from Defendant | | |
| 4 | Electronic Mail from Plaintiff | | |
| 5 | Claim file of Plaintiff including subject policy documents and declarations. | | |

| 6 | Invoices from FloodServ | | |
|---|---|---|---|
| 7 | Invoices from Baytown Construction | | |
| 8 | Invoices from Superior Plumbing | | |
| 9 | Pleadings in prior suit of Defendant *versus* Plaintiff | | |
| 10 | Exhibits to depositions, if applicable. | | |
| 11 | Transcript to Depositions, if applicable. | | |
| 12 | All exhibits relied on by witnesses. | | |
| 13 | All exhibits listed by Defendant not objected to by Plaintiff. | | |
| 14 | All exhibits obtained by Defendant *via* discovery. | | |
| 15 | All exhibits obtained by Plaintiff *via* discovery and not objected to by Defendant. | | |

| 16 | All demonstrative exhibits relied upon by expert witness(es). | | |
| 17 | Corporate / financial records of Plaintiff. | | |
| 18 | Claims-handling procedures of Plaintiff. | | |
| 19 | Any exhibits produced by Defendant pursuant to ongoing discovery. | | |
| 20 | Any exhibits produced by Plaintiff pursuant to ongoing discovery not objected to by Plaintiff | | |

Defendant will supplement, modify, or augment these submissions as necessary, due to any permissible changes by Plaintiff, additional discovery, and/or as otherwise provided by applicable rules or Court order.

DATED this 25th day of August, 2023.

Respectfully submitted by:

Wesley J. Cherry, OBA #22851
FOUNDATION LAW, P.L.L.C.
P.O. Box 758
McAlester, OK  74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com
*Attorney for Defendant-Counterclaimant*

**CERTIFICATE OF SERVICE**

    I CERTIFY that on this 25th day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the following:

Michael Linscott, OBA #17266
Alexandra Gage, OBA #33874
DOERNER, SAUNDERS, DANIEL & ANDERSON
Two West Second Street, Suite 700
Tulsa, OK 74106-3117
mlinscott@dsda.com
agage@dsda.com
*Attorneys for Plaintiff*

*Attorney for Defendant*