IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 6:23-CV-00052-JAR |
| vs. | ) |
| | ) |
| (1) WAGNER & LYNCH, PLLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Great Lakes Insurance SE ("Plaintiff") and Wagner & Lynch, PLLC ("Defendant") (collectively "the Parties") file this *Joint Motion to Amend Scheduling Order* and respectfully show the Court as follows:

1. This case, filed on February 10, 2023, stems from the denial of an insurance claim for water damage to a commercial building in Wilburton, Oklahoma, under a policy for insurance issued by Plaintiff to Defendant.

2. On March 21, 2023, the Court entered a Scheduling Order (Dkt. #15), which included a discovery cutoff date of September 29, 2023.

3. Since that time, the Parties have actively engaged in the discovery process as follows:

    a. Great Lakes issued subpoenas for the production of documents to non-parties, Nils Rauniker, FloodSERV, Baytown Construction, and Superior Plumbing on May 22, 2023, and June 16, 2023;

    b. Plaintiff sent its First Discovery Requests to Defendant on June 20, 2023, to which responses were sent on July 22, 2023;

    c. Defendant sent its First Discovery Requests to Plaintiff on July 6, 2023, to which responses were sent on August 8, 2023;

    d. The deposition of Keith Heaslet of Superior Plumbing was taken by Plaintiff on July 28, 2023; and,

    e. The deposition of Blake Lynch of Wagner & Lynch was taken by Plaintiff on August 21, 2023.

  4. The Parties have attempted to schedule further necessary depositions but have been unable to do so prior to the discovery cutoff date due to varying issues such as family health emergencies, counsels' court schedules, and the difficulty of setting agreeable dates/times for a company headquartered in a foreign country (the UK).

  5. Despite the discovery which has occurred over the past several months, additional discovery is still required, including the depositions of key witnesses—the claims adjuster, the claims supervisor, Plaintiff's corporate representative, and the construction company which assisted in the repairs to the property. The Parties propose that additional time is needed to complete this discovery. As such, the Parties have agreed on new deadlines as follows:

| **CURRENT** | **PROPOSED** | |
|---|---|---|
| September 29, 2023 | November 17, 2023 | Discovery Completed |
| October 20, 2023 | November 29, 2023 | All Dispositive Motions filed |
| October 27, 2023 | December 6, 2023 | Deposition Designations |
| November 3, 2023 | December 13, 2023 | Counter-Designations and Objections |
| November 10, 2023 | December 18, 2023 | Exchange all Trial Exhibits and Requested Jury Instructions |
| November 27, 2023 | December 28, 2023 | Motions in Limine Filed |
| December 1, 2023 | January 4, 2024 | Agreed Jury Instructions, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law, Disputed Jury Instructions, and Trial Briefs filed |
| December 8, 2023 | January 8, 2024 | Agreed Pretrial Order Submitted |
| January 11, 2024 | | Pretrial Conference at 10:30 AM |
| January 22, 2024 | | Jury Trial Date at 9:30 AM |

6. These dates were proposed to conform with the current pretrial conference date and the current jury trial date, however the Parties are amenable to new pretrial and trial dates if the Court requires more time between deadlines.

7. The Parties request that the court enter an Amended Scheduling Order reflecting these deadlines. Neither Party will be prejudiced by the requested extension, which will permit the Parties to complete discovery.

8. The Parties' mutual recognition that additional time is necessary to complete discovery constitutes good cause to modify the current *Scheduling Order*.

9. In compliance with LCvR 7.1(i), a proposed Amended Scheduling Order is being submitted in conjunction with this *Joint Motion* for consideration by the court.

## CONCLUSION

For the reasons stated above, the Parties respectfully request that the Court grant this *Joint Motion to Amend Scheduling Order* and enter an Amended Scheduling Order reflecting new deadlines set forth herein.

Dated: September 14, 2023.

*By:*   *s/ Alexandra J. Gage*
Alexandra J. Gage, OBA No. 33874
Michael S. Linscott, OBA No. 17266
DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
Telephone 918.591.5271
Facsimile 918.925.5271
agage@dsda.com
mlinscott@dsda.com

*Attorneys for Plaintiff Great Lakes Insurance SE*

*By:*   *s/ Wesley Cherry*
Wesley J. Cherry, OBA # 22851
FOUNDATOIN LAW, P.L.L.C.
P.O. Box 758
McAlester, OK 74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com

*Attorney for Defendant Wagner & Lynch, PLLC*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of September, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      Wes.foundationlaw@gmail.com

      *s/ Alexandra J. Gage*

8062210.1