IN THE DISTRICT COURT OF THE UNITED STATES
OKLAHOMA EASTERN DISTRICT

| | | |
|---|---|---|
| **GREAT LAKES INSURANCE SE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   CIV-23-52-JAR |
| vs. | ) | |
| | ) | 6:23-CV-00052-JAR |
| **WAGNER & LYNCH, PLLC,** | ) | |
| | ) | Hon. Jason A. Robertson |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S UNOPPOSED MOTION
## TO CONTINUE SETTLEMENT CONFERENCE

**COMES NOW** THE Defendant, Wagner & Lynch, P.L.L.C., by and through their attorney of record Wesley J. Cherry, and submits the following *Unopposed Motion to Continue Settlement Conference*. In support thereof, Defendant states as follows:

1. That this Court set a Settlement Conference for the 5th day of October, 2023, at 9:00 a.m. *See* Doc. No. 27.

2. That counsel for Defendant is currently in a jury trial in Muskogee County, Oklahoma. That the trial is anticipated to last an additional three (3) to four (4) days; that currently, as of the date and time of filing, the parties have conducted *voir dire*, both parties have presented Opening Statements, and one (1) witness has been called to testify.

3. That there are a multitude of witnesses endorsed by the Plaintiff that have yet to be called to testify.

4. That counsel for Defendant has a time conflict due to the jury trial; when initially set, it was anticipated by Defendant's counsel that the trial would last three (3) days.

5. That opposing counsel has been contacted and there are no objections to this *Motion*.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that this court: 1) issue Order(s) that grant this *Motion to Continue* for the reasons set forth above.

DATED this 2nd day of October, 2023.

Respectfully submitted by:

Wesley J. Cherry, OBA #22851
FOUNDATION LAW, P.L.L.C.
P.O. Box 758
McAlester, OK  74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com
*Attorney for Defendant-Counterclaimant*

## CERTIFICATE OF SERFVICE

I CERTIFY that on this 2nd day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the following:

Michael Linscott, OBA #17266
Alexandra Gage, OBA #33874
DOERNER, SAUNDERS, DANIEL & ANDERSON
Two West Second Street, Suite 700
Tulsa, OK 74106-3117
mlinscott@dsda.com
agage@dsda.com
*Attorneys for Plaintiff*

I CERTIFY that on this 2nd day of October, 2023, I sent the foregoing to the following individuals without the use of the CM/ECF system, via U.S. Mail, all postage pre-paid:

NONE.

*Attorney for Defendant*