**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-052-JAR |
| | ) |
| WAGNER & LYNCH, PLLC, | ) |
| | ) |
| Defendant. | ) |

**ADMINISTRATIVE CLOSING ORDER**

This Court acknowledges the telephonic advisement from counsel for Plaintiff indicating that this case has been resolved. The parties, however, require additional time to finalize the settlement documents and file a voluntary dismissal of this case. In an effort to effectively manage this Court's calendar and prevent the unnecessary expenditure of resources by the Court and the parties, this case will be administratively closed pending the filing of the settlement documents in the case.

IT IS THEREFORE ORDERED that the Clerk administratively close this action in her records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation, order, or judgment, for any other purpose required to obtain a final determination of the proceedings, or for any purpose designated in the settlement agreement between the parties. But, in any event, Plaintiff shall submit a judgment, stipulation of dismissal, or other closing document no later than

**FEBRUARY 23, 2024.** Should Plaintiff fail to file one of these documents by this date or seek an extension of the deadline for submission, the case will be deemed dismissed in its entirety.

IT IS SO ORDERED this 24th day of January, 2024.

_____
JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE