## IN THE DISTRICT COURT OF THE UNITED STATES
## OKLAHOMA EASTERN DISTRICT

| | | |
|---|---|---|
| **GREAT LAKES INSURANCE SE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No.:   **CIV-23-52-JAR** |
| **vs.** | ) | |
| | ) | **6:23-CV-00052-JAR** |
| **WAGNER & LYNCH, PLLC,** | ) | |
| | ) | **Hon. Jason A. Robertson** |
| **Defendant.** | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Great Lakes Insurance SE, and Defendant, Wagner & Lynch PLLC, pursuant to Fed. R. Civ. P. 41 (A) (1) (a) (2) hereby stipulate to the dismissal of all of their respective claims and counterclaims by and between them in this lawsuit with prejudice to refiling of same.  Each party is to bear its own costs and expenses, including their respective incurred attorneys' fees.

This Stipulation of Dismissal finally resolves all claims in this lawsuit.

*/s/* **Alexandra J. Gage**
Michael S. Linscott, OBA No. 17266
Alexandra J. Gage, OBA No. 33874
Doerner, Saunders, Daniel & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103
(t) 918-591-5271
(f) 918-925-5271
mlinscott@dsda.com
agage@dsda.com
*Attorneys for Plaintiff*

*/s/* **Wesley J. Cherry**
Wesley J. Cherry, OBA No. 22851
Foundation Law, PLLC
P.O. Box 758
McAlester, Oklahoma 74502
918-839-6353 (p)
888-622-3181 (f)
Wes.foundationlaw@gmail.com
www.foundationlawfirm.com
*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of February, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Wesley J. Cherry
Wes.foundationlaw@gmail.com

I further certify that I served the foregoing document on no others who are not registered participants of the ECF System.

*/s/* **Alexandra J. Gage**

8186066.1